IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| SHERRY BRINGEDAHL, Personal Representative of the Estate of David Alan Sorensen, <br><br> Plaintiff, <br><br> vs. <br> SHERIDAN COUNTY, MONTANA, A Political Subdivision, and OFFICER SCOTT NELSON, Individually and in his Official Capacity, <br><br> Defendants. | Case No.: CV-16-27-GF-BMM <br><br> PROTECTIVE ORDER |

The parties having filed a *Stipulation for Protective Order* entered into between Plaintiff and Sheridan County, and for good cause,

It is hereby ordered that Sheridan County shall release to Plaintiff's counsel documents in its possession requested in Plaintiff's first discovery requests which are or may be confidential criminal justice information subject to the protective order:

1. Some documentation to be released by Defendants may be confidential. All documentation considered confidential shall be marked "confidential."

2. Plaintiff's counsel shall not further release or disclose confidential documentation other than to Plaintiff, and Plaintiff's experts that are required to review and actually need to utilize such documentation to render an opinion, but only in compliance with this *Protective Order*.

3. The obligation of Plaintiff's counsel and other recipients to keep released or disclosed documentation confidential includes the obligation not to further release or disclose such documentation, but also the obligation not to further release or disclose the contents of such documentation, except in compliance with this *Protective Order*.

4. Plaintiff's Counsel and Defense Counsel are responsible for ensuring that those to whom they release confidential documentation: (i) keep all documentation released or disclosed confidential; (ii) not disclose what he or she learns to others; and (iii) submit to the jurisdiction of this court for purposes of enforcement.

5. Prior to the release or disclosure of confidential documentation in a deposition or other compulsory process, such confidential documentation shall be designated confidential by marking the same with the following: "Confidential: Further disclosure without consent or authorization is prohibited." Plaintiff's counsel

shall require as a condition of release or disclosure that such documentation be protected from further release or disclosure except in compliance with this P*rotective Order.*

Dated this 4th day of January, 2017.

_____

Brian Morris
United States District Court Judge