IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF MONTANA
GREAT FALLS DIVISION

---

| | | |
|---|---|---|
| JESSICA GOLDSNEY, Personal Representative of the Estate of David Alan Sorensen, | ) ) ) | Cause No. CV-16-27-GF-BMM |
| | ) | |
| Plaintiff, | ) | ORDER |
| vs. | ) | OF DISMISSAL |
| | ) | WITH PREJUDICE |
| SHERIDAN COUNTY, MONTANA, a Political Subdivision, and OFFICER SCOTT NELSON, Individually and in his Official Capacity, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

---

Having reviewed the Plaintiff's *Unopposed Motion for Dismissal with Prejudice*, dated April 21, 2017, and good cause showing,

IT IS HEREBY ORDERED that the above-captioned matter be dismissed with prejudice, as fully settled on the merits, with the parties to bear their own costs and attorney fees.

DATED this 24th day of April, 2017.

Brian Morris
United States District Court Judge